UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>WENGER PROPERTIES, LLC, a California Limited Liability Company<br><br>    Defendants. | Case No.: CV 20-11741-GW-PVCx<br><br>**ORDER** |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Stipulation to Dismiss within 60 days. The Court sets an Order to Show re: Settlement Hearing for April 19, 2021 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss, is filed by noon on April 15, 2021.

**IT IS SO ORDERED.**

Dated: February 18, 2021         _____
                                  HONORABLE GEORGE H. WU
                                  United States District Judge